Nicholas S. Cady (OSB # 113463)
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440
Tel: 541-434-1463
Email: nick@cascwild.org

Meriel L. Darzen (OSB #113645)
Crag Law Center
3141 E. Burnside Street
Portland, Oregon 97214
Tel: 503-525-2725
Email: meriel@crag.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, an Oregon non-profit corporation; and **OREGON WILD**, an Oregon non-profit corporation, | Case No. 6:21-cv-01225-AA |
| Plaintiffs, | **JOINT PROPOSED CASE MANAGEMENT SCHEDULE** |
| v. | |
| **UNITED STATES FOREST SERVICE**, a federal agency, | |
| Defendant. | |

Plaintiffs have informed Defendant that they intend to move forward with this litigation by filing a motion for a preliminary injunction. The Parties hereby jointly request that the Court approve the preliminary injunction schedule and other terms laid out in this proposed case management schedule to promote the orderly, efficient, and equitable litigation of these motions.

## I.    Parties and Representatives

### A.    Plaintiffs

Plaintiffs in Case No. 6:21-cv-01225-AA are Cascadia Wildlands and Oregon Wild (the "Cascadia Plaintiffs"). The Cascadia Plaintiffs are represented by:

Nicholas S. Cady (OSB # 113463)
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440
Tel: 541-434-1463
Email: nick@cascwild.org

Meriel L. Darzen (OSB #113645)
Crag Law Center
3141 E. Burnside Street
Portland, Oregon 97214
Tel: 503-525-2725
Email: meriel@crag.org

### B.    Defendant

Defendant is the United States Forest Service (the "Forest Service"). The Forest Service is represented by:

Emma L. Hamilton (CA Bar No. 325360)
U.S. Department of Justice
Environment and Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tele: (303) 844-1361
Fax: (303) 844-1350
emma.hamilton@usdoj.gov

Jt. Proposed CMS—1

Kevin Danielson
Assistant U.S. Attorney
U.S. Attorney's Office – District of Oregon
1000 SW Third Ave. - Suite 600
Portland, OR 97204
(503) 727-1025
kevin.c.danielson@usdoj.gov

## II.    Nature of the Case

This case challenges the Forest Service's alleged failure to supplement its National

Environmental Policy Act analyses, and reinitiate Endangered Species Act consultation on the

Green Mountain, Lang Dam and Hwy 46 Projects after two 2020 wildfires. The Forest Service is

in the process of implementing some timber sales that were authorized under the Hwy 46 Project

before the 2020 fires but are being or have been modified to adjust for fire impacts. Plaintiffs'

claims arise under the National Environmental Policy Act, 42 U.S.C. § 4321 *et seq.*, the

Endangered Species Act, 16 U.S.C. § 1531 *et seq.*, and the Administrative Procedure Act, 5

U.S.C. § 706. Plaintiffs also bring a claim pursuant to the Freedom of Information Act, 5 U.S.C.

§ 552 ("FOIA"), challenging the Forest Service's alleged failure to timely release documents

responsive to Plaintiff's FOIA request.

## III.    Proposed Schedule

The Parties in the proposed consolidated cases have agreed to the following schedule for

the preliminary injunction motions:

- Briefing Schedule
  - Plaintiffs will file their preliminary injunction motions and supporting materials
    on or before October 12, 2021. Plaintiffs' brief will be limited to 35 pages or
    11,000 words under the Court's local rules. L.R. 7-2(b).

Jt. Proposed CMS—2

- o  Defendant will file its response to the preliminary injunction motion on or before October 26, 2021 with a page limit of 35 pages or 11,000 words.

- o  Plaintiffs will file their reply briefs on or before November 2, 2021. Plaintiffs' brief will be limited to 35 pages or 11,000 words under the Court's local rules. L.R. 7-2(b).

- o  Defendant will file its response to Plaintiffs' Amended Complaint on or before November 22, 2021.

- Oral Argument

  - o  If the Court decides that a hearing on the preliminary injunction motions would be beneficial, Plaintiffs respectfully request that the Court set a hearing for the week of November 8, 2021, if possible, or as soon thereafter as the Court's calendar allows.

  - o  Defendant is available to participate in a hearing should the Court deem one beneficial to resolving Plaintiffs' emergency motion.

## IV.    Other Matters

The Forest Service agrees to defer finalizing any modifications to contracts let pursuant to the Hwy 46 project until October 15, 2021. While this litigation is pending, the Forest Service further agrees to provide Plaintiffs with 7 days written advanced notice of any ground disturbing activities under modified contracts within the Hwy 46, Lang Dam or Green Mountain project areas.

The Parties respectfully request the Court approve this joint proposed case management order.

DATED this 7th day of October, 2021.

Jt. Proposed CMS—3

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2212*

Respectfully submitted,

/s/ Nicholas S. Cady
Nicholas S. Cady (OSB # 113463)
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440
Tel: 541-434-1463
Email: nick@cascwild.org

Meriel L. Darzen (OSB #113645)
Crag Law Center
3141 E. Burnside Street
Portland, Oregon 97214
Tel: 503-525-2725
Email: meriel@crag.org

*Attorneys for Cascadia Plaintiffs*

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Emma L. Hamilton*
EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tele: (303) 844-1361
Fax: (303) 844-1350
emma.hamilton@usdoj.gov
*/s/ Kevin Danielson*
KEVIN DANIELSON
Assistant U.S. Attorney

*Attorneys for Defendants*