Nicholas S. Cady (OSB # 113463)
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440
Tel: 541-434-1463
Email: nick@cascwild.org

Meriel L. Darzen (OSB #113645)
Crag Law Center
3141 E. Burnside Street
Portland, Oregon 97214
Tel: 503-525-2725
Email: meriel@crag.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **CASCADIA WILDLANDS**, an Oregon non-profit corporation; and **OREGON WILD**, an Oregon non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE**, a federal agency,<br><br>Defendant. | Case No. 6:21-cv-01225-AA<br><br>**NOTICE OF LOGGING ACTIVITY** |

Plaintiffs hereby notify the court that on October 15, 2021, counsel for Federal Defendants provided notice that roadwork and logging activities associated with the Cultus timber sale will begin on October 22, 2021, and October 25, 2021 respectively. These activities are the subject of Plaintiffs' claims and Motion for Preliminary Injunction (Dkt # 13) and have been purportedly authorized under the Hwy 46 Project Record of Decision.

Plaintiffs make the court aware of said activities in an attempt avoid the need for additional emergency motions for injunctive relief. Pursuant to the Court's scheduling order, briefing in response to Plaintiffs' Motion for Preliminary Injunction (Dkt # 13) is still underway and will be completed by November 2, 2021, but an argument date has yet to be set. Prompt consideration and resolution of Plaintiffs' Motion for Preliminary Injunction following briefing and argument would assist the parties in determining how to best proceed with this matter.

Respectfully submitted this 21st day of October, 2021.

> */s/ Nicholas Cady*
> Nicholas Cady (OR Bar # 113463)
> *Attorney for Plaintiffs*