TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

EMMA HAMILTON (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
999 18th Street – South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1361
Fax: (303) 844-1350
emma.hamilton@usdoj.gov

SCOTT ERIK ASPHAUG
Acting United States Attorney
District of Oregon

*Attorneys for Federal Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| CASCADIA WILDLANDS, and OREGON WILD, | ) Case No. 6:21-CV-01225-AA |
| Plaintiffs, | ) |
| | ) |
| | ) NOTICE OF OPERATIONS |
| v. | ) UPDATE |
| | ) |
| UNITED STATES FOREST SERVICE, | ) |
| Defendant, | ) |
| | ) |

     Defendant United States Forest Service hereby provides notice, through undersigned counsel, that the purchaser of the Cultus Timber Sale, Interfor U.S. Inc., has committed to postpone harvest activities under the Cultus Sale until at least November 19, 2021.

     Defendant previously provided written notice to Plaintiffs that harvest activities under the Cultus Sale would begin on Monday, October 25.  *See* ECF No. 20.  While Interfor continues to

believe it is important to commence work on the Cultus Sale as soon as possible, it has agreed to

delay operations to avoid subjecting further financial or other resource commitments to risk.

Defendant offers this notice in the hope of providing the Court sufficient time to consider the

Parties' briefing, which will be complete on November 2, and to hold oral argument if the Court

determines a hearing would be useful in resolving Plaintiffs' motion for a preliminary injunction.

As noted in the Parties' Joint Proposed Case Management Schedule, ECF No. 10, while

this litigation is ongoing the Forest Service will continue to provide Plaintiffs with 7 days written

advanced notice of any ground disturbing activities under modified contracts within the Hwy 46,

Lang Dam or Green Mountain project areas.

Respectfully submitted this 25th day of October, 2021.

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Emma L. Hamilton*
EMMA L. HAMILTON
Trial Attorney
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tele: (303) 844-1361
Fax: (303) 844-1350
emma.hamilton@usdoj.gov

SCOTT ERIK ASPHAUG
Acting United States Attorney
District of Oregon

*Attorneys for Defendant*

2