TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

EMMA HAMILTON (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
999 18th Street – South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1361
Fax: (303) 844-1350
emma.hamilton@usdoj.gov

SCOTT ERIK ASPHAUG
Acting United States Attorney
District of Oregon

*Attorneys for Federal Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| CASCADIA WILDLANDS, and OREGON WILD, <br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br>     Defendant, | Case No. 6:21-CV-01225-AA <br><br> JOINT STATUS REPORT |

On January 18, 2022, the Parties jointly requested that the Court postpone the pre-trial order in this matter to allow the parties to engage in settlement discussions and mediation, ECF 30, and the Court so ordered, ECF No. 31. On February 28, 2022 mediation was held with Senior Judge Coffin. During mediation, the parties reached agreement on the merits of the case, but were not able to discuss attorney fees and costs. On March 14, the Court granted the Parties'

joint request to stay this matter and all associated deadlines until April 11, 2022, and directed the Parties to file a joint status report on that date. ECF No. 39.

The Parties have made substantial progress toward finalizing a written Settlement Agreement reflecting the agreement reached at the mediation. The Parties have also made progress on negotiating an agreement on attorneys' fees to include in the final Settlement Agreement. The Parties are hopeful that they can settle Plaintiffs' demand for fees through informal negotiations, but Judge Coffin represented at the mediation that, if a settlement on fees cannot be reached informally, he remains available to assist and the parties may return to mediation to try to resolve the fee issue short of coming back before this Court. Once the Parties have reached an agreement on fees and finalized the language in a Settlement Agreement, Defendant will proceed to obtaining the necessary final approvals, including approvals from the relevant authorizing officials at the U.S. Department of Justice and U.S. Department Agriculture.

Accordingly, the Parties respectfully request that the Court stay this matter and all associated deadlines for an additional 60 days, until June 10, 2022. If the Parties have not finalized an agreement by that date they will file a joint status report updating the Court on the status of negotiations on or before June 10, 2022.

Respectfully submitted this 11th day of April, 2022.

        TODD KIM
        Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        */s/ Emma L. Hamilton*
        EMMA L. HAMILTON

Trial Attorney
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tele: (303) 844-1361
Fax: (303) 844-1350
emma.hamilton@usdoj.gov

SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon

KEVIN DANIELSON, OSB #065860
kevin.c.danielson@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000

*Attorneys for Defendant*


*/s/ Meriel L. Darzen*
Meriel L. Darzen (OSB #113645)
Crag Law Center
3141 E. Burnside Street
Portland, Oregon 97214
Tel: 503-525-2725
Email: meriel@crag.org

Nicholas S. Cady (OSB # 113463)
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440
Tel: 541-434-1463
Email: nick@cascwild.org

*Attorneys for Plaintiffs*