IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CASCADIA WILDLANDS, and OREGON WILD, <br>       Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br>       Defendant. | Case No. 6:21-cv-01225-AA <br><br> ORDER DISMISSING CASE |

THIS MATTER came before the Court on the Parties' June 28, 2022 "Joint Motion to Dismiss Case," ECF No. 44. Good cause appearing,

IT IS ORDERED that Plaintiffs' September 13, 2021, "First Amended Complaint for Declaratory and Injunctive Relief," ECF No. 9, is DISMISSED WITH PREJUDICE. The Clerk of the Court shall close the case.

IT IS FURTHER ORDERED that, consistent with the Settlement Agreement, the Court retains jurisdiction for the sole purposes of resolving any disputes concerning compliance with the terms of the Settlement Agreement and resolving any motions to modify such terms, as set forth in the Parties' Settlement Agreement.

Dated:   July  1 , 2022

                                                                          /s/Ann Aiken <br>
                                                                          ANN AIKEN <br>
                                                           United States District Judge