IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CASCADIA WILDLANDS, and OREGON WILD,

    Plaintiffs,

    v.

UNITED STATES FOREST SERVICE,

    Defendant.

Civ. No. 6:21-cv-01225-AA

JUDGMENT

This case is DISMISSED with prejudice.

DATED: 7/1/2022

    Melissa Aubin, Clerk

    By   /s/ C. Kramer
           Deputy Clerk

1 –JUDGMENT